IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT COURT OF OKLAHOMA

IN RE:

PITTS, LARRY KEITH
PITTS, PEGGY JANE

Debtor(s).

Case No. BK-08-11887-WV
Chapter 7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, Susan Manchester, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 and reports to the Court Clerk that after final distribution the following funds are unclaimed:

| CLAIMANT: | AMOUNT |
|---|---|
| Deaconess Hospital, Claim #14 | $5.74 |
| TOTAL: | $5.74 |

A check made payable to the Court Clerk is attached hereto for deposit into unclaimed funds.

DATE: July 23, 2010

SUSAN MANCHESTER, OBA #8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
CHAPTER 7 TRUSTEE